**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 14-1363**

---

CYNTHIA JOYCE SLEDGE,

> Plaintiff - Appellant,

v.

GRAPHIC PACKAGING INTERNATIONAL, INC.,

> Defendant - Appellee.

---

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  N. Carlton Tilley, Jr., Senior District Judge.  (1:12-cv-01141-NCT-JLW)

---

Submitted:  October 21, 2014          Decided:  October 23, 2014

---

Before SHEDD, DUNCAN, and FLOYD, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Angela Newell Gray, GRAY NEWELL, LLP, Greensboro, North Carolina, for Appellant.  Mason Alexander, FISHER & PHILLIPS, LLP, Charlotte, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cynthia Joyce Sledge appeals the district court's order granting summary judgment in favor of Graphic Packaging International, Inc. in Sledge's civil action claiming wrongful termination. We have reviewed the parties' briefs and the record on appeal and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Sledge v. Graphic Packaging Int'l, Inc., No. 1:12-cv-01141-NCT-JLW (M.D.N.C. Mar. 19, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED